**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MANNY CHONG,<br>THANE GALLO,<br><br>and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>NORTHEASTERN UNIVERSITY,<br><br>    *Defendant*. | Civil Action No. 1:20-10844-RGS |

**DEFENDANT'S MOTION TO DISMISS**
**THIRD AMENDED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Local Rule 7.1(b) and this Court's Order of October 6, 2020, and for the reasons more fully stated in the accompanying Memorandum of Law and Affidavit of Jim Lemmon, Jr., Defendant Northeastern University hereby moves to dismiss all of the claims in the Third Amended Class Action Complaint in the above-captioned action for failure to state a claim.  In summary, despite further amendment of their pleading, Plaintiffs Chong and Gallo continue to fail to plausibly allege any contractual promise of continued in-person instruction and use of campus facilities during the coronavirus pandemic, and make a challenge to the quality of their education that is not legally cognizable.  Plaintiffs' claims for unjust enrichment disregard this Court's previous Order dismissing those same claims, which are foreclosed by the parties' contractual relationship, including Northeastern's specific written reservation of the discretion to substitute alternatives to scheduled classes and academic activities, and disclaimer of liability for events beyond the University's control.

WHEREFORE, Defendant respectfully requests that this Court grant the Motion and dismiss the Third Amended Class Action Complaint with prejudice.

Respectfully submitted,

Dated: October 27, 2020

NORTHEASTERN UNIVERSITY

By its attorneys,

*/s/ John A. Shope*
John A. Shope, BBO #562056
Rachel C. Hutchinson, BBO #696739
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
Tel: 617-832-1000
jshope@foleyhoag.com
rhutchinson@foleyhoag.com

Victoria L. Steinberg, BBO #666482
Daniel J. Cloherty, BBO #565772
Rebecca M. O'Brien, BBO #693592
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02210
(617)720-2626
vsteinberg@toddweld.com
dcloherty@toddweld.com
robrien@toddweld.com

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(a)(2), I certify that I conferred with counsel for Chong and Gallo prior to filing this Motion and the parties were unable to reach agreement.

*/s/ John A. Shope*
John A. Shope

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such to all counsel of record via the CM/ECF system.

                                                */s/ Rachel C. Hutchinson*
                                                Rachel C. Hutchinson

FH5199124.1