UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Manny Chong, Thane Gallo, and
all others similarly situated

      Plaintiffs

      v.                      CIVIL ACTION 1:20-10844-RGS

Northeastern University

      Defendant

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on May 10, 2021, granting defendant's Motion for Summary Judgment, it is hereby ORDERED:

Judgment entered for Northeastern University.

|  |  |
|---|---|
| May 10, 2021<br>Date | By the court,<br>/s/ Arnold Pacho<br>Deputy Clerk |